**Michelle KOSILEK, Plaintiff, Appellant,**

v.

**David NELSON, Defendant, Appellee.**

**No. 01–1185.**

United States Court of Appeals, First Circuit.

March 22, 2002.

Michelle Kosilek, on brief, pro se.

Philip N. Beauregard, Michael Franco, and Law Offices of Beauregard, Burke & Franco, on brief, for appellee.

Before SELYA, LYNCH and LIPEZ, Circuit Judges.

PER CURIAM.

Massachusetts state prisoner Michelle Kosilek appeals from the district court's entry of final judgment pursuant to Fed. R.Civ.P. 54(b) denying the claim of deliberate indifference to her serious medical needs that she brought against former Bristol County Sheriff, David Nelson, pursuant to 42 U.S.C. § 1983. We have reviewed the record, the briefs of the parties, and the applicable law. We AFFIRM the district court's judgment for essentially the reasons contained in the court's order granting Nelson's request for summary judgment. *See Kosilek v. Nelson et al.*, No. CA–92–12820–MLW, 2000 WL 1346898 (D.Mass. Sep. 12, 2000).

*Affirmed. See* 1st Cir. R. 27(c).